IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-717-RJC-DCK

| | |
|---|---|
| **MANDELINE FOSTER,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **HARRIS TEETER, LLC,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Amanda Abshire, concerning Amy Miller on December 23, 2014. Ms. Amy Miller seeks to appear as counsel *pro hac vice* for Defendant Harris Teeter, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Ms. Amy Miller is hereby admitted *pro hac vice* to represent Defendant Harris Teeter, LLC.

**SO ORDERED**.

Signed: December 29, 2014

David C. Keesler
United States Magistrate Judge